**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
MAY 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDEPENDENT FINANCIAL SERVICES, INC.,

Plaintiff,

v. C.A. No. 04-0378-L

CCI GROUP, INC.,

Defendants.

**MOTION TO ENLARGE TIME TO FILE SUMMARY JUDGMENT MOTION**

Defendant CCI Group, Inc. ("CCI") hereby seeks an enlargement of time of twenty (20) days, through and including June 26, 2005, to submit its summary judgment motion. In support thereof, CCI respectfully submits that the parties in this case have worked diligently to complete any and all necessary discovery. They have exchanged documents and interrogatory responses, and have conducted depositions of the principal representatives of the parties. However, there is a third-party deposition currently scheduled to take place in New York on May 5, 2005, and it may be necessary to incorporate certain aspects of the transcript of that testimony into a summary judgment motion. Moreover, the undersigned counsel's schedule over the weeks ahead is such that he may be absent for an extended trial out of state. In light of all the foregoing considerations, CCI respectfully requests an enlargement of time for twenty (20) days, through and including June 26, 2005, to submit its summary judgment motion. CCI respectfully submits that the plaintiff is not prejudiced in any way by this reasonable request.

Granted: Ronald R. Lagueux
Sr. USDJ 6/1/05