UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-0378-L |
| CCI GROUP, INC., | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS**

Defendant, CCI Group, Inc., hereby moves to exceed the twenty-page limit for exhibits to the Defendant's Statement of Undisputed Facts in Support of its Motion For Summary Judgment. A memorandum in support of this motion is filed herewith.

CCI GROUP, INC.

By its Attorneys,

Mark W. Freel (#4003)
Jillian S. Folger-Hartwell (#6970)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of June 2005, I caused a true copy of the within Defendant's Motion to Exceed Page Limit for Exhibits to be delivered by regular mail, postage prepaid, to:

Jeffrey S. Michaelson, Esq.
Michaelson & Michaelson
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852
(401) 885-7199 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., Plaintiff, | : | |
| v. | : | C.A. No. 04-0378-L |
| CCI GROUP, INC., Defendant. | : | |

**MEMORANDUM IN SUPPORTOF DEFENDANT'S MOTION TO EXCEEDPAGE LIMIT FOR EXHIBITS**

Defendant CCI Group, Inc. ("CCI"), submits this memorandum in support of its motion to exceed the twenty-page limit for exhibits to its Statement of Undisputed Facts in Support of its Motion For Summary Judgment. CCI has already filed its Motion for Summary Judgment, its Memorandum of Law in Support of its Motion for Summary Judgment, and a Statement of Undisputed Facts. Defendant now moves for leave to supplement its Statement of Undisputed Facts, with 52 pages of evidence and exhibits, which include excerpts from depositions, an affidavit, an excerpt from Plaintiff's answers to interrogatories, and certain documents obtained through discovery. These exhibits are integral to the arguments advanced by CCI and need to be submitted for the Court to fully understand CCI's position as set forth in its Motion for Summary Judgment.

CCI GROUP, INC.

By its Attorneys,

Mark W. Freel (#4003)
Jillian S. Folger-Hartwell (#6970)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

PRV_736331_1/EDOLAN

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of June 2005, I caused a true copy of the within Memorandum in Support of Defendant's Motion to Exceed Page Limit for Exhibits to be delivered by regular mail, postage prepaid, to:

Jeffrey S. Michaelson, Esq.
Michaelson & Michaelson
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852
(401) 885-7199 (fax)

[signature]