UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-378-L |
| CCI Group, Inc., | ) | |
| Defendant. | ) | |

INDEPENDENT FINANCIAL SERVICES' MOTION TO COMPEL

Plaintiff, Independent Financial Services, Inc. ("IFS"), hereby moves, pursuant to Rule 37, Fed. R. Civ. Proc. that Defendant CCI Group, Inc. be compelled to provide further responses to Interrogatories No. 3, 6, 7, 8, 9, 10, 11, 12, 13, 16, 21, 23, and 24 and Requests for Production No. 5, 8, 10, 16, and 20.

In support of this Motion, the Court is respectfully referred to the Memorandum in Support of Independent Financial Services' Motion to Compel, filed together with this Motion.

Respectfully submitted,
Independent Financial Services, Inc.
by its attorney,

Date: 6/11/05

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)885-7199

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Deputy Clerk
Date:
6/28/05