**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

INDEPENDENT FINANCIAL SERVICES, INC.,

Plaintiff,

v. C.A. No. 04-0378-L

CCI GROUP, INC.,

Defendants.

RECEIVED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

The undersigned parties hereby stipulate and agree as follows:

1. Defendant CCI Group, Inc. ("CCI") shall have an extension of time, through and including July 12, 2005, within which to respond to the motion to compel filed by Plaintiff Independent Financial Services, Inc. ("IFS"). The parties have already entered into discussions designed to reduce or eliminate the number of disputed issues to be addressed in connection with that motion to compel, and believe that an extension of time would assist them in this process.

2. IFS shall have an extension of time, through and including July 25, 2005, within which to respond to CCI's motion for summary judgment. It is the intent of the parties that CCI will address any issues raised by IFS' motion to compel that can be resolved voluntarily, and will provide any supplemental responses, prior to the time at which IFS must respond to CCI's motion for summary judgment.

ENTER:

ORDER:

________________________________

________________________________

AGREED TO IN SUBSTANCE AND FORM:

INDEPENDENT FINANCIAL SERVICES, INC.

By its Attorneys,

Jeff Michaelson / mwf

Jeffrey S. Michaelson (#3299)
MICHAELSON & MICHAELSON
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852
(401) 295-4330
(401) 885-7199 (Fax)

CCI GROUP, INC.

By its Attorneys,

Mark W. Freel

Mark W. Freel (#4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)