**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-0378-L |
| CCI GROUP, INC., | : | |
| Defendants. | : | |

## CONSENT MOTION TO VACATE COURT ORDER

Defendant CCI Group, Inc. ("CCI") hereby moves, with the consent of Plaintiff Independent Financial Services, Inc. ("IFS"), for an Order of this Court vacating this Court's Order dated June 28, 2005, which granted IFS' prior motion to compel certain discovery responses. In support of this motion, CCI states that counsel for the parties have been engaged in discussions regarding the voluntary resolution of several of the discovery issues raised by IFS in the aforementioned motion to compel, and reached agreement on a stipulation which was filed with the Court on or about June 29, 2005. Therefore, by agreement of the parties, CCI respectfully requests that the Court's Order of June 28, 2005, granting IFS' motion to compel, be vacated. In further support of this motion, CCI submits the accompanying memorandum.

27

CCI GROUP, INC.

By its Attorneys,

Mark W. Freel (#4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July 2005, I caused a true copy of the within Consent Motion to Vacate Court Order to be sent by telecopy and regular mail, postage prepaid, to:

Jeffrey S. Michaelson, Esq.
Michaelson & Michaelson
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852
(401) 885-7199 (fax)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-0378-L |
| CCI GROUP, INC., | : | |
| Defendants. | : | |

**MEMORANDUM IN CONSENT OF CONSENT MOTION TO VACATE COURT ORDER**

Defendant CCI Group, Inc. ("CCI") hereby submits this memorandum in support of its motion, made with the consent of Plaintiff Independent Financial Services, Inc. ("IFS"), to vacate this Court's Order dated June 28, 2005, which granted IFS' prior motion to compel certain discovery responses. The relevant facts and procedural history are as follows:

On or about June 11, 2005, IFS filed a motion to compel certain supplemental discovery responses from CCI. By IFS' own admission in the motion, the parties had not yet exhausted all efforts to confer regarding the underlying discovery issues and questions. Shortly after the filing of the motion, counsel for the parties entered into a series of discussions and negotiations designed to address as many of the underlying discovery questions as possible by consent. During the course of these discussions, CCI filed a summary judgment motion on or about June 21, 2005. Therefore, the parties made efforts to address and consider the underlying discovery questions in the context of IFS' anticipated response to the summary judgment motion.

As a result of the foregoing discussions, counsel for CCI and IFS reached agreement that, at a minimum, CCI would have an extension of time, through and including July 12, 2005, to

respond to the motion to compel. In the meantime, counsel for CCI agreed to voluntarily supplement CCI's prior discovery responses to several outstanding questions. Similarly, counsel for CCI agreed, at a minimum, to give counsel for IFS an extension of time, through and including July 25, 2005, to respond to CCI's motion for summary judgment. The parties agreed in principle that, to the extent CCI would voluntarily supplement certain discovery responses, CCI would do so prior to any date on which IFS had to respond to the pending summary judgment motion.

The aforementioned agreement was ultimately embodied in a stipulation. The parties believed that they would file this stipulation before the Court took any action on IFS' underlying motion to compel. However, on or about June 28, 2005, this Court issued an Order granting IFS's motion to compel for lack of a timely response by CCI. Upon inquiry to the Court, counsel for CCI was advised to file the instant motion to vacate.

CCI respectfully submits that the stipulation filed by the parties on June 29 reflects the intent of the parties, and represents an ongoing effort by the parties to resolve as many discovery disputes as possible by agreement, without the Court's intervention. The parties have made, and will continue to make, good faith efforts to resolve these issues voluntarily, both with regard to IFS' motion to compel, and with regard to factual issues raised by CCI's motion for summary judgment. Accordingly, CCI respectfully submits that it would be in the interests of fairness and justice, and in the mutual interests of the parties, to vacate this Court's Order of June 28, 2005. Counsel for IFS has represented that he is in agreement with this motion, and will not object.

CCI GROUP, INC.

By its Attorneys,

Mark W. Freel (#4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of July 2005, I caused a true copy of the within Memorandum of Law in Support of Consent Motion to Vacate Court Order to be sent by telecopy and regular mail, postage prepaid, to:

Jeffrey S. Michaelson, Esq.
Michaelson & Michaelson
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852
(401) 885-7199 (fax)