UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-0378-L |
| CCI GROUP, INC., | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS**

Defendant, CCI Group, Inc., hereby moves to exceed the twenty-page limit for exhibits to the Defendant's Statement of Undisputed Facts in Support of its Motion For Summary Judgment. A memorandum in support of this motion is filed herewith.

CCI GROUP, INC.

By its Attorneys,

Mark W. Freel (#4003)
Jillian S. Folger-Hartwell (#6970)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

Granted: Ronald R. Lagueux
Sr. USDJ 7/6/05