RECEIVED

JUL 07 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDEPENDENT FINANCIAL SERVICES, INC.,

Plaintiff,

v.

CCI GROUP, INC.,

Defendants.

C.A. No. 04-0378-L

FILED
JUL 06
U.S. DISTRICT
DISTRICT OF RHODE

## CONSENT MOTION TO VACATE COURT ORDER

Defendant CCI Group, Inc. ("CCI") hereby moves, with the consent of Plaintiff Independent Financial Services, Inc. ("IFS"), for an Order of this Court vacating this Court's Order dated June 28, 2005, which granted IFS' prior motion to compel certain discovery responses. In support of this motion, CCI states that counsel for the parties have been engaged in discussions regarding the voluntary resolution of several of the discovery issues raised by IFS in the aforementioned motion to compel, and reached agreement on a stipulation which was filed with the Court on or about June 29, 2005. Therefore, by agreement of the parties, CCI respectfully requests that the Court's Order of June 28, 2005, granting IFS' motion to compel, be vacated. In further support of this motion, CCI submits the accompanying memorandum.

GRANTED.

David L. Martin
David L. Martin
United States Magistrate Judge
July 7, 2005

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☒ ~~for~~ determination
☐ ______

Ronald R. Lagueux, Senior U.S. District Judge

Date: 6-7-05