**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-0378-L |
| CCI GROUP, INC., | : | |
| Defendants. | : | |

RECEIVED
JUL 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

The undersigned parties hereby stipulate and agree as follows:

1. As a result of discussions and negotiations to date, the parties have reached an agreement in principle to resolve various discovery issues and disputes raised by the motion to compel filed by Plaintiff Independent Financial Services, Inc. ("IFS"). In particular, the parties have reached an agreement in principle under which Defendant CCI Group, Inc. ("CCI") will supplement its prior responses to Interrogatory Nos. 3, 6-7, 10-13, 16 and 21, and Document Request Nos. 8 and 10.

2. The parties believe that some additional time will assist them in resolving other issues arising out of the aforementioned motion to compel. Accordingly, the undersigned parties hereby stipulate and agree that CCI shall have a further extension of time, through and including July 22, 2005, to respond to IFS' motion to compel.

ENTER:

David L. Martin
USMJ 7-14-05

ORDER:

INDEPENDENT FINANCIAL SERVICES, INC.

By its Attorneys,

Jeffrey S. Michaelson /MWF
Jeffrey S. Michaelson (#3299)
MICHAELSON & MICHAELSON
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852
(401) 295-4330
(401) 885-7199 (Fax)

CCI GROUP, INC.

By its Attorneys,

Mark W. Freel
Mark W. Freel (#4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)