UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDEPENDENT FINANCIAL SERVICES, INC.,

Plaintiff,

v. C.A. No. 04-378-L

CCI Group, Inc.,

Defendant.

FILED JUL 12 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

INDEPENDENT FINANCIAL SERVICES' MOTION TO FILE SUBSTITUTE STATEMENT OF DISPUTED/UNDISPUTED FACTS AND TO EXCEED PAGE LIMITATIONS

Independent Financial Services, Inc., ("IFS") hereby moves that it be permitted to file the Substitute Statement of Disputed/Undisputed Facts in the form attached hereto and to exceed the page limitations contained in the Local Rules relative to the Exhibits attached thereto.

In support of this Motion, IFS states as follows:

1. IFS originally filed its Statement of Disputed/Undisputed Facts without having received CCI's Exhibits to its Statement of Undisputed Facts. That was because CCI had filed a Motion to Exceed Page Limitations which was still pending when IFS filed its Opposition to CCI's Motion for Summary Judgment and Statement of Dipusted/Undisputed Facts. IFS' counsel incorrectly assumed that CCI was filing the entire transcripts of depositions cited in its Statement of Undisputed Facts. IFS subsequently learned that CCI did not file the entire transcripts and, as a result, a number of page references in IFS' Statement of Disputed/Undisputed Facts were not included in either party's submission.[1]

[1] In addition to the additional deposition pages, the Substitute Statement of Disputed/Undisputed facts adds two one page documents which were referenced but inadvertently omitted, and changes references to the additional/omitted documents to conform to the Exhibit Numbers in the Substitute Statement.

Granted: Ronald R. Lagueux
Sr. USDJ 8/3/05