UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-378L** **DATE: August 17, 2005**

**TITLE: INDEPENDENT FINANCIAL SERVICES, INC. v. CCI GROUP, INC.**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Jeffrey Michaelson**

**Defendant: Mark Freel**

**************************************************************************

**Proceedings: Plaintiff's Motion to Compel Responses to Interrogatories**

**All counsel of record present. Both sides argue. Court grants in part and denies in part the motion to compel.**