UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-0378-L |
| CCI GROUP, INC., | : | |
| Defendants. | : | |

**MOTION TO WITHDRAW**

The undersigned hereby moves for leave to withdraw as counsel to Defendant, CCI Group, Inc. In support of this motion, the undersigned has submitted the accompanying memorandum.

CCI GROUP, INC.

By its Attorneys,

Mark W. Freel (#4003)
Jillian S. Folger-Hartwell (#6970)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September 2005, I caused a true copy of the within Motion to Withdraw to be delivered as follows:

| | |
|---|---|
| Jeffrey S. Michaelson, Esq.<br>Michaelson & Michaelson<br>P. O. Box 622<br>7454 Post Road<br>North Kingstown, RI 02852 | (by Telecopy and Regular Mail, postage prepaid) |
| Fred W. Jackson, Jr., President<br>CCI Group, Inc.<br>405 Park Avenue, 10th Floor<br>New York, NY 10022 | (by Telecopy and Certified Mail) |
| Daniel H. Luciano, Esq.<br>CCI Group, Inc.<br>242A West Valley Brook Road<br>Califon, NJ 07830 | (by Telecopy and Certified Mail) |
| Mark C. Casolo<br>Westrock Advisors, Inc.<br>1 Stueben Place<br>5th Floor Suite 5<br>Albany, NY 1220 | (by Telecopy and Certified Mail) |

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-0378-L |
| CCI GROUP, INC., | : | |
| Defendants. | : | |

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW**

The undersigned counsel for Defendant CCI Group, Inc. ("CCI") submits this memorandum in support of its motion to withdraw as counsel for CCI.

Since the inception of this matter, the undersigned counsel has performed legal services for CCI pursuant to the terms of an engagement letter. Counsel has defended CCI in relation to the above-referenced matter, has conducted discovery, engaged in motion practice, and has attended depositions of several fact witnesses. CCI's summary judgment motion is currently pending and is scheduled for hearing on September 28, 2005. CCI's compliance with a discovery Order is due on September 23, 2005.

Rhode Island Disciplinary Rule 1.17(b)(4) permits an attorney to withdraw from representation where the client "fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled," or for "other good cause." Local Rule 6(d) also allows withdrawal for good cause. The undersigned counsel now moves to withdraw as counsel of record for CCI in this case because there has been a breakdown of the attorney/client relationship, including the client's failure to cooperate with counsel on

certain material issues, and a failure to comply with the terms of the engagement letter by paying for services rendered on a timely basis. Counsel has provided CCI with reasonable advance notice that this motion would be filed.

Finally, although a summary judgment motion is currently pending in this matter, counsel respectfully submits that it should nonetheless be permitted to withdraw as a result of CCI's lack of cooperation and outstanding financial obligations. Counsel respectfully submits that it would be unfairly prejudiced under the circumstances unless allowed to withdraw.

CCI GROUP, INC.

By its Attorneys,

Mark W. Freel (#4003)
Jillian S. Folger-Hartwell (#6970)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September 2005, I caused a true copy of the within Memorandum in Support of Motion to Withdraw to be delivered as follows:

Jeffrey S. Michaelson, Esq.
Michaelson & Michaelson
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852
(by Telecopy and Regular Mail, postage prepaid)

Fred W. Jackson, Jr., President
CCI Group, Inc.
405 Park Avenue, 10th Floor
New York, NY 10022
(by Telecopy and Certified Mail)

Daniel H. Luciano, Esq.
CCI Group, Inc.
242A West Valley Brook Road
Califon, NJ 07830
(by Telecopy and Certified Mail)

Mark C. Casolo
Westrock Advisors, Inc.
1 Stueben Place
5th Floor Suite 5
Albany, NY 1220
(by Telecopy and Certified Mail)

[signature]