UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-378-L |
| CCI Group, Inc., | ) | |
| Defendant. | ) | |

INDEPENDENT FINANCIAL SERVICES'
RESPONSE TO MOTION TO WITHDRAW

Plaintiff, Independent Financial Services, Inc. ("IFS"), hereby responds to the Motion to Withdraw filed by Counsel for Defednant, CCI Group, Inc. ("CCI"), filed on or about September 23, 2005:

1. IFS is not in a position to comment on the assertions of CCI's counsel concerning matters of cooperation and financial issues.

2. IFS is concerned that the Motion to Withdraw may delay the progress of this litigation. Currently, a Motion for Summary Judgment is pending which was drafted by the Counsel seeking to withdraw. While that Motion is pending, the matter is effectively stayed and IFS earnestly desires that this matter move forward.

3. IFS has also filed, this date, a Motion for Sanctions related to CCI's failure to provide Court-Ordered discovery. IFS suspects that the lack of cooperation which CCI's counsel cites in seeking to withdraw may relate, at least in part to this failure to produce. Again, IFS would oppose the Motion to Withdraw if it would delay action on the Motion for Sanctions.

4. IFS has come to believe that CCI, through its actions and inaction, desires to delay resolution of this matter. IFS, to the contrary, desires that the case take its normal course without delay occasioned by a change of counsel or lack of counsel.

5. Upon information and belief, no Memorandum of Law is required with this Response.

WHEREFORE, IFS has no objection to the Motion to Withdraw unless the granting of such Motion would substantially delay this litigation. If so, IFS, respectfully, would oppose the Motion.

Respectfully submitted,
Independent Financial Services, Inc.
by its attorney,

Date: 9/27/05

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

**CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing document was mailed, by regular mail, postage prepaid, on this 27 day of Sept, 2005, to the following attorney(s) of record:

Mark W. Freel (#4003)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, R.I. 02903