**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-0378-L |
| CCI GROUP, INC., | : | |
| Defendants. | : | |

**OBJECTION OF DEFENDANT CCI GROUP, INC. TO PLAINTIFF'S MOTION FOR SANCTIONS**

Defendant CCI Group, Inc. ("CCI") hereby objects to the Motion for Sanctions, including the sanction of default, filed by Plaintiff Independent Financial Services, Inc. ("IFS"). In support of this objection, CCI submits the accompanying memorandum of law.

CCI GROUP, INC.

By its Attorneys,

Mark W. Freel (#4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October 2005, I caused a true copy of the within Objection to IFS' Motion for Sanctions to be delivered by telecopy and regular mail, postage prepaid, to:

Jeffrey S. Michaelson, Esq.
Michaelson & Michaelson
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852
(401) 885-7199 (fax)

[signature]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., Plaintiff, | : | |
| v. | : | C.A. No. 04-0378-L |
| CCI GROUP, INC., Defendants. | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT CCI GROUP, INC.'S OBJECTION TO PLAINTIFF'S MOTION FOR SANCTIONS**

Defendant CCI Group, Inc. ("CCI") hereby submits this memorandum in support of its objection to the motion for sanctions, including the sanction of default, filed against CCI by Plaintiff Independent Financial Services, Inc. ("IFS"). In sum, IFS has sought certain sanctions against CCI for its non-compliance with a Court Order entered on or about September 8, 2005, requiring CCI to provide certain supplemental discovery responses on or before September 23, 2005.

The undersigned counsel for CCI respectfully requests that this Court refrain from entering any ruling in connection with IFS' motion for sanctions until such time as the undersigned counsel's status on behalf of CCI is resolved. On or about September 23, 2005, the undersigned filed a motion to withdraw from representation as counsel of record in this matter for CCI. One of the issues raised in that motion to withdraw was CCI's compliance with the subject discovery Order. In the meantime, CCI is making efforts to supplement its prior discovery responses, and will undoubtedly be able to do so prior to any time at which IFS would

be prejudiced. The undersigned counsel therefore respectfully submits that this Court should not address the issue of any sanctions for CCI's compliance or non-compliance with the subject Order until such time as the status of CCI's counsel is resolved.

CCI GROUP, INC.

By its Attorneys,

Mark W. Freel (#4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October 2005, I caused a true copy of the within Memorandum in Support of CCI's Objection to IFS' Motion for Sanctions to be sent by telecopy and regular mail, postage prepaid, to:

Jeffrey S. Michaelson, Esq.
Michaelson & Michaelson
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852
(401) 885-7199 (fax)