UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., Plaintiff, | : | |
| v. | : | C.A. No. 04-0378-L |
| CCI GROUP, INC., Defendants. | : | |

**WITHDRAWAL OF MOTION TO WITHDRAW**

The undersigned hereby withdraws the previous motion to withdraw as counsel to Defendant CCI Group, Inc., which motion is scheduled for hearing on Wednesday, October 19, 2005 before Senior District Judge Ronald R. Lagueux.

CCI GROUP, INC.

By its Attorneys,

Mark W. Freel (#4003)
Jillian S. Folger-Hartwell (#6970)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of October 2005, I caused a true copy of the within Withdrawal of Motion to Withdraw to be delivered by telecopy and regular mail, postage prepaid, as follows:

Jeffrey S. Michaelson, Esq.
Michaelson & Michaelson
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852

Fred W. Jackson, Jr., President
CCI Group, Inc.
405 Park Avenue, 10th Floor
New York, NY 10022

Daniel H. Luciano, Esq.
CCI Group, Inc.
242A West Valley Brook Road
Califon, NJ 07830

Mark C. Casolo
Westrock Advisors, Inc.
1 Stueben Place
5th Floor Suite 5
Albany, NY 1220

[signature]