UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED OCT 17 2005

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., Plaintiff, | : | |
| v. | : | C.A. No. 04-0378-L |
| CCI GROUP, INC., Defendants. | : | |

**WITHDRAWAL OF MOTION TO WITHDRAW**

The undersigned hereby withdraws the previous motion to withdraw as counsel to Defendant CCI Group, Inc., which motion is scheduled for hearing on Wednesday, October 19, 2005 before Senior District Judge Ronald R. Lagueux.

CCI GROUP, INC.

By its Attorneys,

Mark W. Freel (#4003)
Jillian S. Folger-Hartwell (#6970)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

Enter: Ronald R. Lagueux
Sr. USDJ 10/18/05