**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., Plaintiff, | : | |
| v. | : | C.A. No. 04-0378-L |
| CCI GROUP, INC., Defendants. | : | |

**CCI GROUP, INC.'S SUPPLEMENTAL OBJECTION TO PLAINTIFF'S MOTION FOR SANCTIONS**

Defendant CCI Group, Inc. ("CCI") hereby supplements its prior objection to the motion for sanctions, including the sanction of default, filed by Plaintiff Independent Financial Services, Inc. ("IFS"). In support hereof, CCI submits the accompanying memorandum of law.

CCI GROUP, INC.

By its Attorneys,

Mark W. Freel (#4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of October 2005, I caused a true copy of the within Supplemental Objection to Motion for Sanctions to be delivered by telecopy and regular mail, postage prepaid, to:

Jeffrey S. Michaelson, Esq.
Michaelson & Michaelson
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852
(401) 885-7199 (fax)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-0378-L |
| CCI GROUP, INC., | : | |
| Defendants. | : | |

**MEMORANDUM IN SUPPORT OF CCI GROUP, INC.'S SUPPLEMENTAL OBJECTION TO PLAINTIFF'S MOTION FOR SANCTIONS**

Defendant CCI Group, Inc. ("CCI") submits this memorandum in support of its supplemental objection to the motion for sanctions, including the sanction of default, filed by Plaintiff Independent Financial Services, Inc. ("IFS"). In the instant motion, IFS seeks certain sanctions against CCI for CCI's failure to make a timely response to an Order of this Court entered on or about September 8, 2005, requiring CCI to provide certain supplemental discovery responses on or before September 23, 2005.

On October 14, 2005, counsel for CCI provided counsel for IFS with the supplemental discovery responses attached hereto as Exhibits A and B, respectively. CCI also produced certain additional documents incorporated in the supplemental response attached hereto as Exhibit B. CCI respectfully submits that these pleadings constitute compliance with this Court's previous Order compelling CCI to provide certain supplemental discovery responses. Moreover, CCI respectfully submits that IFS was not prejudiced by the fact that it received this information

approximately three weeks after this Court's initial due date. No critical or material events occurred during the interim time period, and IFS now has the information ordered by the Court.

WHEREFORE, CCI respectfully requests that the motion for sanctions, including the request for the uniquely onerous and unwarranted sanction of default, be denied in its entirety.

CCI GROUP, INC.

By its Attorneys,

Mark W. Freel (#4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of October 2005, I caused a true copy of the within Memorandum in Support of CCI's Supplemental Objection to IFS' Motion for Sanctions to be sent by telecopy and regular mail, postage prepaid, to:

Jeffrey S. Michaelson, Esq.
Michaelson & Michaelson
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852
(401) 885-7199 (fax)



PRV_762329_1/MFREEL