UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
SEP 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDEPENDENT FINANCIAL SERVICES, INC.,

Plaintiff,

v.

CCI Group, Inc.,

Defendant.

C.A. No. 04-378-L

RECEIVED
OCT 21 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

INDEPENDENT FINANCIAL SERVICES' MOTION FOR SANCTIONS

Plaintiff, Independent Financial Services, Inc. ("IFS"), hereby moves, pursuant to Rule 37(B)(2), Fed. R. Civ. Proc., that default enter against Defendant CCI Group, Inc. for failure to comply with this Court's September 8, 2005 Order.

In support of this Motion, the Court is respectfully referred to the Memorandum in Support of Independent Financial Services' Motion for Sanctions, filed together with this Motion.

Respectfully submitted,
Independent Financial Services, Inc.
by its attorney,

Date: 9/27/05

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☐ ~~for~~ determination
☐ ______

Ronald R. Lagueux, Senior U.S. District Judge

Date: 10-20-05

Withdrawn without prejudice per letter from Plaintiff's counsel of October 28, 2005.

DAVID L. MARTIN
United States Magistrate Judge
November 1, 2005