UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-0378-L |
| CCI GROUP, INC., | : | |
| Defendant. | : | |

**DEFENDANT CCI GROUP INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendant CCI Group, Inc. ("CCI") hereby moves for summary judgment, pursuant to Fed. R. Civ. P. 56, on all counts against it in the Amended Complaint in this action. In support hereof, CCI submits the accompanying Memorandum of Law and Statement of Undisputed Material Facts.

Denied after hearing:
Ronald R. Lagueux
Sr. USDJ 11/15/05

CCI GROUP, INC.

By their Attorneys,

/Mark W. Freel (#4003)
Jillian S. Folger-Hartwell (#6970)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 Telecopy

SCANNED

(23)