Edwards & Angell LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611

**Mark W. Freel**
Direct Dial: (401) 276-6681
E-Mail: mfreel@EdwardsAngell.com

September 17, 2004

**BY TELECOPY AND REGULAR MAIL**

Fred W. Jackson, Jr., President
CCI Group, Inc.
405 Park Avenue, 10th Floor
New York, NY 10022

**Re: Independent Financial Services, Inc. v. CCI Group, Inc.**
**C.A. No. 04-0378-L**

Dear Mr. Jackson:

This will confirm that you have agreed to retain Edwards & Angell, LLP to represent CCI Group, Inc. ("CCI") in the above-referenced litigation now pending in the U.S. District Court for the District of Rhode Island. It is our understanding that the litigation was filed on or about September 1, 2004, and that service was made on CCI on or about September 8, 2004. Once we have finalized the terms of our engagement, and enter our appearance in the litigation, we believe that we would be able to obtain an extension of time for the filing of any responsive pleading. In the meantime, we have obtained a copy of the Complaint from the Court, and will be prepared to discuss that with you later this week.

As you know, we recently represented another client in litigation in this same Court against Independent Financial Services, Inc. ("IFS"). IFS was represented by the same attorney, Jeffrey Michaelson, in that matter. That case was settled after mediation, and the terms of the settlement are confidential. While I cannot disclose those facts to you, and could not disclose certain other privileged information I learned from our other client in that matter, I do believe that our prior experience litigating against IFS and Michaelson would be helpful in this matter. That case involved a contractual arrangement in which IFS was to place certain loans (mostly automobile loans) with a bank through a network of insurance agents. The arrangement never went forward and IFS claimed monetary damages based upon an allegation of breach.

I am a Partner in the Litigation Department in our Providence office. We will bill you for my services at the rate of $325 per hour. We would employ more junior associates and/or paralegals, at lower billable rates, whenever appropriate, in consultation with you. I would always retain supervisory authority over this matter. I have substantial experience in this Court, which is located immediately across the street from our offices. This case has been assigned to Senior District Judge Ronald Lagueux, with whom I have substantial experience over the past seventeen (17) years. I have previously forwarded you some biographical information regarding my practice.

Edwards & Angell LLP



We will bill you for our services monthly, and would ask for payment within thirty (30) days. In addition to charges for our time, we will bill you for any costs or disbursements that we incur on your behalf. These costs and expenses could include fees for service of process in litigation; fees fixed by law or assessed by courts or court reporters, including charges for deposition transcripts; messenger and other delivery fees; charges for computer research time and other similar items. Of course, we would not incur any significant expense without first seeking your authorization and approval. Charges for telephone calls (local and long distance), telecopy services and routine postage will not be itemized; rather, a communications charge of 2.5% of the fees for services rendered will be included to defer the costs of these expenses.

You may discharge us at any time. Consistent with the Rules of Professional Conduct, we reserve the right to withdraw with your consent, or for good cause, which includes your breach of this agreement by reason of their failure to pay for our services as provided herein, their refusal to cooperate with us or to follow our advice on a material matter, or any other fact or circumstance that would render our continuing representation unlawful or unethical.

Finally, because you are a new client to this law firm, we ask that you provide us with an initial retainer in the amount of $5,000.00. This retainer will be applied to future fees and costs as they are billed. Of course, we will return any unapplied funds following the conclusion of our representation.

If you wish to retain us on the foregoing terms, please so indicate by signing the additional copy of this letter in the space provided below and by returning it to me along with a retainer check in the amount of $5,000.00, made payable to Edwards & Angell, LLP. Please feel free to contact me with any questions that you have at any time. Thank you for this opportunity to assist you. We look forward to working with you.

Very truly yours,

Mark W. Freel

cc: Daniel H. Luciano, Esq. (by telecopy)

Acknowledged, Accepted and Agreed To:

CCI GROUP, INC.

______________________________

Fred W. Jackson, Jr.