**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

INDEPENDENT FINANCIAL SERVICES, INC., :
Plaintiff :
v. : C.A. No. 04-0378-L
CCI GROUP, INC., :
Defendants :

**ORDER**

This matter arose upon the motion of Mark W. Freel, Esq. and Edwards Angell Palmer & Dodge, LLP (collectively, "EAP&D") to withdraw as counsel for Defendant CCI Group, Inc. ("CCI"). Plaintiff Independent Financial Services, Inc. ("IFS") filed a "conditional" opposition to that motion, and EAP&D submitted a reply memorandum in response. Both parties having appeared through counsel at a hearing before this Court on January 11, 2006, it is hereby

ORDERED

that:

1. EAP&D's motion to withdraw is GRANTED.

2. CCI shall have until February 13, 2006, to retain substitute counsel qualified to practice in this Court. If CCI fails to retain substitute counsel to enter an appearance in this action by that date, this Court will entertain a motion by IFS for default or any other appropriate relief.

3. In the interim, any correspondence, court notices, pleadings or other correspondence concerning this case shall be directed to CCI at the following addresses:

Mark C. Casolo
c/o Westrock Advisors, Inc.
1 Stueben Place
5th Floor Suite 5
Albany, NY 1220

Fred W. Jackson, Jr., President
CCI Group, Inc.
405 Park Avenue, 10th Floor
New York, NY 10022

ENTER:

Ronald R. Lagueux
Sr. USDJ 1/19/06

ORDER:

[signature]

Presented by:

Mark W. Freel (#4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (telecopy)