**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., Plaintiff, | : | |
| V. | : | C.A. NO. 04-0378- L |
| CCI GROUP, INC., Defendants. | : | |

**ENTRY OF APPEARANCE**

Now comes the undersigned, Dennis J. Roberts II, a member of the Bar of this Honorable Court, and hereby enters his appearance on behalf of defendant, CCI Group, Inc.

Respectfully submitted,

Dennis J. Roberts II, Esquire (#0560)
Law Offices of Dennis J. Roberts II
40 Westminster Street, Suite 305
Providence, RI 02903-2525
(401) 274-9600

**CERTIFICATION**

I hereby certify that on this 9th day of February, 2006, I forwarded a true copy of the within to the following:

Jeffrey Michaelson, Esquire
Michaelson & Michaelson
7454 Post Road
P.O. Box 622
North Kingston, RI 02852

Mark W. Freel, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Karen Ann Lloyd