UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC. | ) | |
| | ) | |
| V. | ) | C.A. No 04-378L |
| | ) | |
| CCI GROUP, INC. | ) | |

**MOTION FOR LEAVE TO FILE COUNTERCLAIM**

Now comes Defendant in the above-referenced case, pursuant to Federal Rules of Civil Procedure, Rule 13, and moves for leave to file a counterclaim in the form attached hereto and incorporated herein by reference as Exhibit A.

Respectfully submitted,

CCI GROUP, INC.

By its Attorney,

Dennis J. Roberts II, Esquire (#0560)
Law Offices of Dennis J. Roberts II
40 Westminster Street, Suite 305
Providence, RI 02903
(401) 274-9600
FAX (401) 274-6500

**CERTIFICAITON**

I hereby certify that on this 31st day of March, 2006, I forwarded a true copy of the within to the following:

Jeffrey S. Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, RI 02852

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INDEPENDENT FINANCIAL SERVICES, INC. )
)
V. ) C.A. No 04-378L
)
CCI GROUP, INC. )

**COUNTERCLAIM OF DEFENDANT, CCI GROUP, INC.**

1. Defendant/Plaintiff in Counterclaim, CCI Group, Inc., is a Utah corporation with its principal place of business in New York, New York.

2. Upon information and belief, Plaintiff/Defendant in Counterclaim, Independent Financial Services, Inc., is a Connecticut corporation with its principal place of business in Westerly, Rhode Island. Plaintiff is in the business of providing certain financial services to customers who are seeking commercial financing and funding sources.

3. Plaintiff/Defendant is not registered or licensed as a broker/dealer of securities with any state or federal governmental body, including but not limited to the Securities and Exchange Commission or the National Association of Securities Dealers, Inc.

4. On or about June 17, 2004, Defendant and Plaintiff entered into a letter agreement whereby Defendant agreed to compensate Plaintiff on certain terms set forth therein. Specifically, under the terms of the agreement, if Plaintiff successfully "negotiated on behalf of " Defendant and obtained financing, Plaintiff would receive a

fee equal to four (4%) percent of the total sum acquired, as well as the issuance of certain common stock in CCI subject to other terms and conditions of the agreement.

5. On or about July 29, 2004, Defendant entered into an agreement with Laurus Master Fund, Inc., to provide financing in the total amount of $10.5 Million for Defendant's business purposes. Between June 18, 2004, and July 29, 2004, Plaintiff did not take any steps to negotiate any aspect of the transaction on Defendant's behalf with Laurus.

6. Plaintiff is not a registered broker/dealer pursuant to the rules and regulations of the Securities and Exchange Commission, the National Association of Securities Dealers, Inc., or federal or state law. As such, Plaintiff is not eligible for receipt of any fees or commissions from the transaction underlying this litigation.

7. Payment of any fee to Plaintiff by Defendant would be improper and illegal under federal and state law and regulation.

8. The contract between Plaintiff and Defendant herein is void or voidable pursuant to applicable federal and state law and regulations.

9. Enforcement of the agreement between Plaintiff and Defendant would cause irreparable harm to Defendant.

10. Defendant is without an adequate remedy at law.

WHEREFORE, Defendant/Plaintiff on Counterclaim, respectfully requests this Court to enter its Order rescinding the contract between the parties hereto and granting the Defendant such other relief as this Court may deem appropriate under the circumstances.

Defendant/Plaintiff on Counterclaim designates Dennis J. Roberts II as trial counsel.

Respectfully submitted,

CCI GROUP, INC.

By its Attorney,

Dennis J. Roberts II, Esquire (#0560)
Law Offices of Dennis J. Roberts II
40 Westminster Street, Suite 305
Providence, RI 02903
(401) 274-9600
FAX (401) 274-6500

**CERTIFICAITON**

I hereby certify that on this day of , 2006, I forwarded a true copy of the within to the following:

Jeffrey S. Michaelson, Esquire
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, RI 02852