UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC. | ) |
| | ) |
| V. | ) C.A. No 04-378L |
| | ) |
| CCI GROUP, INC. | ) |

## MOTION FOR LEAVE TO FILE COUNTERCLAIM

Now comes Defendant in the above-referenced case, pursuant to Federal Rules of Civil Procedure, Rule 13, and moves for leave to file a counterclaim in the form attached hereto and incorporated herein by reference as Exhibit A.

Respectfully submitted,

CCI GROUP, INC.

By its Attorney,

Dennis J. Roberts II

Dennis J. Roberts II, Esquire (#0560)
Law Offices of Dennis J. Roberts II
40 Westminster Street, Suite 305
Providence, RI 02903
(401) 274-9600
FAX (401) 274-6500

Denied after hearing:
Ronald R. Lagueux
Sr. USDJ 5/10/06