UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC.<br><br>Plaintiff,<br>v.<br><br>CCI GROUP, INC.,<br><br>Defendant | C.A. No. 04-378L |

JUDGMENT

[ ] **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

[ x ] **Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the plaintiff in the amount of $639,211.00 ($504,000.00; 12%; 816 days) on Count I; for the defendant on Counts II, III, IV, in accordance with the Court's Decision and Order dated 10/24/06

Deputy Clerk
October 24, 2006