UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-378-L |
| CCI Group, Inc., | ) | |
| Defendant. | ) | |

MOTION TO COMPEL RESPONSES TO POST-JUDGMENT DISCOVERY

Independent Financial Services, Inc., Plaintiff in the above-referenced matter, hereby moves that Defendant, CCI Group, Inc., be compelled to respond to Plaintiff's First Request for Production of Documents in Aid of Judgment, copies attached hereto.

In support of this Motion, IFS states that the Request for Production of Documents was propounded on or about November 10, 2006 and, to date, no responses have been received. Counsel has communicated with Defendant regarding this matter in an attempt to avoid the necessity of this Motion.

It is IFS' understanding that, given the nature of this Motion, no Memorandum of Law is required.

Respectfully submitted,
Independent Financial Services, Inc.,
By its attorney,

Date: January 3, 2007

/s/ Jeffrey S. Michaelson

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be mailed, first class mail, postage prepaid, to the following attorneys of record this 3 day of January , 2007:

Fred W. Jackson, President
CCI Group, Inc.
8 Sayers Path
P.O. Box 528
Wainscott, NY 11975-0528

Dennis J. Roberts II
40 Westminster Street, Ste. 305
Providence, R.I. 02903-2525

Julian D. Jensen, Registered Agent
CCI Group, Inc.
311 State Street, Suit 380
Salt Lake City, Utah 84111

/s/ Jeffrey S. Michaelson

-