UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-378-L |
| CCI Group, Inc., | ) | |
| Defendant. | ) | |

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS IN AID OF JUDGMENT

In accordance with Rule 69(a), Plaintiff hereby requests that Defendant, CCI Group, Inc. produce, in accordance with the time limits set forth in Rule 34, Fed.R.Civ.Proc, the following documents:

1. All audited and un-audited financial statements for CCI Group for the past five fiscal years.

2. Documents evidencing all payments in the past five years to Mark Casolo, Fred Jackson, Westrock Advisors, McGinn Smith, any director or officer of CCI Group, Inc. or any individual or entity owning more than 5% of the issued and outstanding stock of CCI (at the time of the payment) or any other person who was or may be considered an insider or to whom payments was or might be considered to be a preference under any securities or bankruptcy law.

3. Any operative agreements, whether consummated or not, which relate to a transaction by and between any and all of CCI Group, Inc., its officers and/or directors, All American Plazas, Inc., and/or Able Energy, Inc.

4. Documents indicating all bank or other accounts containing funds of CCI Group, Inc., the location of such funds and the amounts in such accounts as of the latest date available.

5. Documents setting forth and identifying all property owned by CCI Group, Inc. which is not included in the response to Request No. 4, such documents to include a general description of the property and the location thereof and, if applicable, any interest thereon in favor of any person or entity other than CCI Group, Inc.

Respectfully submitted,
Independent Financial Services, Inc.,
By its attorney,

Date: 11/10/06

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be mailed, first class mail, postage prepaid, to the following attorneys of record this 10 day of Nov., 2006:

Dennis J. Roberts II
40 Westminster Street, Ste. 305
Providence, R.I. 02903-2525