UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-378-L |
| CCI Group, Inc., | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

TO: Vivian S. Dafoulas
50 Fieldstone Drive
East Greenwich, RI 02818

Please take notice that Plaintiff, Independent Financial Services, Inc., pursuant to Rules 69 and 30(b)(6), Fed. R. Civ. Proc., will take the deposition of the person or persons designated by Defendant, CCI Group, Inc. to testify on its behalf regarding the subjects set forth on Exhibit A, attached hereto, on the 31st day of January, 2007 at 11:00 a .m., before a notary public of the State of Rhode Island or some other duly qualified person.

The deposition will continue thereafter from day to day. The deposition will take place at the offices of Michaelson & Michaelson, 7454 Post Road, North Kingstown, R.I. 02852

You are invited to attend and cross-examine.

Independent Financial Services, Inc.
by its attorney,

Date: January 3, 2007

/s/Jeffrey S. Michaelson

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

**EXHIBIT A**

1. The location, nature and value of any and all assets owned, directly or indirectly, by CCI Group, Inc.

2. The location, nature and value of any and all assets owned, directly or indirectly, by any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd.

3. The existence of, nature of, and value/amount of any lien, mortgage, security interest or other encumbrance upon any such asset as set forth in Paragraphs 1 and 2.

4. The names, addresses, telephone numbers of any and all creditors for CCI Group, Inc., including the nature of the debt or obligation, the amount, and a description of any security interest associated with such debt.

5. The names, addresses, telephone numbers of any and all creditors for any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd., including the nature of the debt or obligation, the amount, and a description of any security interest associated with such debt.

6. A full listing of any all receivables of CCI Group, Inc., including the name and address of the person or entity owing such receivable, the nature of the debt and the amount of the debt.

7. A full listing of any all receivables of any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd., including the name and address of the person or entity owing such receivable, the nature of the debt and the amount of the debt.

8. A complete listing of any and all payments made by or on behalf of CCI Group, Inc. and any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd. has made during the last three years (general ledger).

9. All payments in the past five years to Mark Casolo, Fred Jackson, Westrock Advisors, McGinn Smith, any director or officer of CCI Group, Inc. or any individual or entity owning more than 5% of the issued and outstanding stock of CCI (at the time of the payment) or any other person who was or may be considered an insider or to whom payments was or might be considered to be a preference under any securities or bankruptcy law.

10. All bank or other accounts containing funds in which CCI Group, Inc. and any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd. have any interest, the location of such funds and the amounts in such accounts as of the latest date available.

11. Any property or asset not covered in the preceding paragraphs in which CCI Group, Inc.

and any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd., including a general description of the property and the location thereof and, if applicable, any interest thereon in favor of any person or entity other than CCI Group, Inc.

**CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing document was mailed, by regular mail, postage prepaid, on this 3 day of January, 2007, to the following attorney(s) of record:

Fred W. Jackson, President
CCI Group, Inc.
8 Sayers Path
P.O. Box 528
Wainscott, NY 11975-0528

Dennis J. Roberts II
40 Westminster Street, Ste. 305
Providence, R.I. 02903-2525

Julian D. Jensen, Registered Agent
CCI Group, Inc.
311 State Street, Suit 380
Salt Lake City, Utah 84111

/s/Jeffrey S. Michaelson