UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-378-L |
| CCI Group, Inc., | ) | |
| Defendant. | ) | |

MOTION TO IMPOSE SANCTIONS FOR FAILURE TO COOPERATE IN POST-JUDGMENT DISCOVERY IN AID OF EXECUTION

Now comes the Plaintiff in the above-captioned matter and hereby moves, pursuant to Rule 69(c) and 37(b)(2) Fed. R. Civ. Proc. that this Court impose sanctions as a result of Defendant's failure to cooperate in post-judgment discovery in aid of execution.

Respectfully, Plaintiff prays that Defendant be ordered to show cause why such sanctions should not be imposed and, in the event that Defendant fails to show such cause, Plaintiff respectfully prays that Defendant be held in contempt and that a civil penalty in the amount of $1,000.00 per day be imposed for each day that Defendant fails to respond fully to discovery.

In support of this Motion, the Court is respectfully referred to the Memorandum in Support of Motion to Impose Sanctions for Failure to Cooperate in Post-Judgment Discovery in Aid of Execution, filed together with this Motion.

The undersigned further certifies that, prior to filing the Motion, he corresponded with Defendant in an attempt to obtain discovery without the necessity of the filing of this Motion.

Respectfully submitted,
Independent Financial Services, Inc.,
By its attorney,

Date: February 8, 2007

/s/ Jeffrey S. Michaelson

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be mailed, first class mail, postage prepaid, to the following attorneys of record this 8 day of February, 2007:

Fred W. Jackson, President
CCI Group, Inc.
8 Sayers Path
P.O. Box 528
Wainscott, NY 11975-0528

Dennis J. Roberts II
40 Westminster Street, Ste. 305
Providence, R.I. 02903-2525

Julian D. Jensen, Registered Agent
CCI Group, Inc.
311 State Street, Suit 380
Salt Lake City, Utah 84111

/s/ Jeffrey S. Michaelson