UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-378-L |
| CCI Group, Inc., | ) | |
| Defendant. | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO IMPOSE SANCTIONS FOR FAILURE TO COOPERATE IN POST-JUDGMENT DISCOVERY IN AID OF EXECUTION

## I. INTRODUCTION

This matter was commenced by Independent Financial Services, Inc. ("IFS") against CCI Group, Inc. ("CCI") seeking compensation pursuant to an Agreement related to IFS' efforts to assist CCI in obtaining financing for various projects. The Court entered its Judgment on October 24, 2006. The Judgment was not appealed and, hence, is final.

## II. POST-JUDGMENT DISCOVERY

IFS propounded a Request for Production of Documents on or about November 10, 2006(Exhibit A). No responses were ever received to that Request for Production of Documents. Thereafter, IFS filed a Motion to Compel (Exhibit B). No response was ever made to the Motion to Compel, and, by Docket Endorsement, the Motion was Granted (Exhibit C). No response to the Discovery has been received since the entry of the Order.

In addition, IFS Noticed the Deposition of CCI (Exhibit D). On the date and time specified for the Deposition, no witness appeared on behalf of CCI (Affidavit of Jeffrey S. Michaelson, Exhibit

E). IFS has had no contact with respect to the Discovery[1].

III. ARGUMENT

CCI availed itself of this Court in offering numerous defenses to this matter, filing various Motions, participating in settlement negotiations through the auspices of this Court and tried the case, all in the hopes, it is presumed, of prevailing on the merits. Having failed to do so, CCI now has completely ignored this Court's continuing jurisdiction as provided by Rule 69 for post-judgment discovery, all of which has been geared towards the identification, location and quantity of assets which IFS may seek to levy and execute upon in satisfaction of the now final judgment in this matter.

Under the circumstances, and where this Court has already granted a Motion to Compel Discovery, it is respectfully submitted that CCI is in apparent contempt of this Court and that it is appropriate that it be ordered to show cause why it should not be so adjudged. Under the circumstances, IFS respectfully submits that, if such cause is not shown, a civil fine in the amount of $1,000.00 per day would be an appropriate penalty to impose until such time as CCI fully complies with its post-judgment discovery obligations in conformity with the Request made by IFS in aid of Judgment, and as Ordered by this Court.

IV. CONCLUSION

For the foregoing reasons, IFS respectfully prays that this Motion be granted and that CCI be ordered to show cause why it should not be adjudged in contempt and fined a civil penalty in the amount of $1,000.00 per day for each day that it does not fully comply with IFS' Post-Judgment Discovery in Aid of Execution.

---

[1]CCI's trial counsel, it should be noted, been cooperative and responsive in terms of the above-referenced communications and documents. However, it is the undersigned's understanding that Defendant's trial counsel has had difficulty contacting his client. It is unclear whether, at this stage, Defendant's trial counsel continues to represent CCI. As a result, the undersigned has served relevant papers on CCI's agent for service of process, located in Utah, its President and, in addition, CCI's trial counsel.

Respectfully submitted,
Independent Financial Services, Inc.,
By its attorney,

Date: February 8, 2007

/s/ Jeffrey S. Michaelson

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be mailed, first class mail, postage prepaid, to the following attorneys of record this 8 day of February, 2007:

Fred W. Jackson, President
CCI Group, Inc.
8 Sayers Path
P.O. Box 528
Wainscott, NY 11975-0528

Dennis J. Roberts II
40 Westminster Street, Ste. 305
Providence, R.I. 02903-2525

Julian D. Jensen, Registered Agent
CCI Group, Inc.
311 State Street, Suit 380
Salt Lake City, Utah 84111

/s/ Jeffrey S. Michaelson