(A)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-378-L |
| CCI Group, Inc., | ) | |
| Defendant. | ) | |

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS IN AID OF JUDGMENT

In accordance with Rule 69(a), Plaintiff hereby requests that Defendant, CCI Group, Inc. produce, in accordance with the time limits set forth in Rule 34, Fed.R.Civ.Proc, the following documents:

1. All audited and un-audited financial statements for CCI Group for the past five fiscal years.

2. Documents evidencing all payments in the past five years to Mark Casolo, Fred Jackson, Westrock Advisors, McGinn Smith, any director or officer of CCI Group, Inc. or any individual or entity owning more than 5% of the issued and outstanding stock of CCI (at the time of the payment) or any other person who was or may be considered an insider or to whom payments was or might be considered to be a preference under any securities or bankruptcy law.

3. Any operative agreements, whether consummated or not, which relate to a transaction by and between any and all of CCI Group, Inc., its officers and/or directors, All American Plazas, Inc., and/or Able Energy, Inc.

4. Documents indicating all bank or other accounts containing funds of CCI Group, Inc., the location of such funds and the amounts in such accounts as of the latest date available.

5. Documents setting forth and identifying all property owned by CCI Group, Inc. which is not included in the response to Request No. 4, such documents to include a general description of the property and the location thereof and, if applicable, any interest thereon in favor of any person or entity other than CCI Group, Inc.

Respectfully submitted,
Independent Financial Services, Inc.,
By its attorney,

Date: 11/10/06

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be mailed, first class mail, postage prepaid, to the following attorneys of record this 10 day of Nov., 2006:

Dennis J. Roberts II
40 Westminster Street, Ste. 305
Providence, R.I. 02903-2525

(B)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-378-L |
| CCI Group, Inc., | ) | |
| Defendant. | ) | |

MOTION TO COMPEL RESPONSES TO POST-JUDGMENT DISCOVERY

Independent Financial Services, Inc., Plaintiff in the above-referenced matter, hereby moves that Defendant, CCI Group, Inc., be compelled to respond to Plaintiff's First Request for Production of Documents in Aid of Judgment, copies attached hereto.

In support of this Motion, IFS states that the Request for Production of Documents was propounded on or about November 10, 2006 and, to date, no responses have been received. Counsel has communicated with Defendant regarding this matter in an attempt to avoid the necessity of this Motion.

It is IFS' understanding that, given the nature of this Motion, no Memorandum of Law is required.

Respectfully submitted,
Independent Financial Services, Inc.,
By its attorney,

Date: January 3, 2007

/s/ Jeffrey S. Michaelson

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be mailed, first class mail, postage prepaid, to the following attorneys of record this _3_ day of _January_, 2007:

Fred W. Jackson, President
CCI Group, Inc.
8 Sayers Path
P.O. Box 528
Wainscott, NY 11975-0528

Dennis J. Roberts II
40 Westminster Street, Ste. 305
Providence, R.I. 02903-2525

Julian D. Jensen, Registered Agent
CCI Group, Inc.
311 State Street, Suit 380
Salt Lake City, Utah 84111

/s/ Jeffrey S. Michaelson

C

**Jeff Michaelson**

**From:** cmecf@rid.uscourts.gov
**Sent:** Friday, January 26, 2007 1:53 PM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00378-L-DLM Ind. Financial Svcs. v. CCI Group, Inc. "Order on Motion to Compel"

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Gilfillan, Barbara entered on 1/26/2007 at 1:52 PM EST and filed on 1/26/2007

**Case Name:** Ind. Financial Svcs. v. CCI Group, Inc.
**Case Number:** 1:04-cv-378
**Filer:**
**WARNING: CASE CLOSED on 10/24/2006**
**Document Number:**

**Docket Text:**
TEXT ORDER granting rule of court [67] Motion to Compel . So Ordered by Deputy Clerk on 1/26/07. (Gilfillan, Barbara)

The following document(s) are associated with this transaction:

**1:04-cv-378 Notice will be electronically mailed to:**

Jeffrey S. Michaelson jeffmichaelson@cox.net

Dennis J. Roberts , II droberts@djrlaw.com

**1:04-cv-378 Notice will be delivered by other means to:**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

D

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-378-L |
| CCI Group, Inc., | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

TO: Vivian S. Dafoulas
50 Fieldstone Drive
East Greenwich, RI 02818

Please take notice that Plaintiff, Independent Financial Services, Inc., pursuant to Rules 69 and 30(b)(6), Fed. R. Civ. Proc., will take the deposition of the person or persons designated by Defendant, CCI Group, Inc. to testify on its behalf regarding the subjects set forth on Exhibit A, attached hereto, on the 31st day of January, 2007 at 11:00 a .m., before a notary public of the State of Rhode Island or some other duly qualified person.

The deposition will continue thereafter from day to day. The deposition will take place at the offices of Michaelson & Michaelson, 7454 Post Road, North Kingstown, R.I. 02852

You are invited to attend and cross-examine.

Independent Financial Services, Inc.
by its attorney,

Date: January 3, 2007

/s/Jeffrey S. Michaelson
Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

**EXHIBIT A**

1. The location, nature and value of any and all assets owned, directly or indirectly, by CCI Group, Inc.

2. The location, nature and value of any and all assets owned, directly or indirectly, by any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd.

3. The existence of, nature of, and value/amount of any lien, mortgage, security interest or other encumbrance upon any such asset as set forth in Paragraphs 1 and 2.

4. The names, addresses, telephone numbers of any and all creditors for CCI Group, Inc., including the nature of the debt or obligation, the amount, and a description of any security interest associated with such debt.

5. The names, addresses, telephone numbers of any and all creditors for any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd., including the nature of the debt or obligation, the amount, and a description of any security interest associated with such debt.

6. A full listing of any all receivables of CCI Group, Inc., including the name and address of the person or entity owing such receivable, the nature of the debt and the amount of the debt.

7. A full listing of any all receivables of any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd., including the name and address of the person or entity owing such receivable, the nature of the debt and the amount of the debt.

8. A complete listing of any and all payments made by or on behalf of CCI Group, Inc. and any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd. has made during the last three years (general ledger).

9. All payments in the past five years to Mark Casolo, Fred Jackson, Westrock Advisors, McGinn Smith, any director or officer of CCI Group, Inc. or any individual or entity owning more than 5% of the issued and outstanding stock of CCI (at the time of the payment) or any other person who was or may be considered an insider or to whom payments was or might be considered to be a preference under any securities or bankruptcy law.

10. All bank or other accounts containing funds in which CCI Group, Inc. and any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd. have any interest, the location of such funds and the amounts in such accounts as of the latest date available.

11. Any property or asset not covered in the preceding paragraphs in which CCI Group, Inc.

and any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd., including a general description of the property and the location thereof and, if applicable, any interest thereon in favor of any person or entity other than CCI Group, Inc.

**CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing document was mailed, by regular mail, postage prepaid, on this 3 day of January, 2007, to the following attorney(s) of record:

Fred W. Jackson, President
CCI Group, Inc.
8 Sayers Path
P.O. Box 528
Wainscott, NY 11975-0528

Dennis J. Roberts II
40 Westminster Street, Ste. 305
Providence, R.I. 02903-2525

Julian D. Jensen, Registered Agent
CCI Group, Inc.
311 State Street, Suit 380
Salt Lake City, Utah 84111

/s/Jeffrey S. Michaelson

(E)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-378-L |
| CCI Group, Inc., | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF JEFFREY S. MICHAELSON**

Now comes Jeffrey S. Michaelson and upon oath deposes and says as follows:

1. I have personal knowledge of the facts set forth in this Affidavit except as stated herein.

2. I am the attorney for Independent Financial Services, Inc., Plaintiff in the above-referenced matter.

3. I filed and served a Notice of Taking Deposition, attached as Exhibit "A" hereto, and made service as set forth in the Notice of Taking Deposition.

4. The deposition was scheduled for my office on January 31, 2007 at 11:00 a.m.

5. I was present in my office on January 31, 2007 at 11:00 a.m. No witness appeared on behalf of CCI Group, Inc. I received no telephone or other contact concerning the deposition.

______________________

Subscribed and sworn to before me this 31st day of January, 2007.

______________________
Casey Stoneking
My Commission Expires: 07/29/2009

My Commission Expires July 29, 2009

Case 1:04-cv-00378-L-DLM Document 68 Filed 01/03/2007 Page 1 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

(A)

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-378-L |
| CCI Group, Inc., | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

TO: Vivian S. Dafoulas
50 Fieldstone Drive
East Greenwich, RI 02818

Please take notice that Plaintiff, Independent Financial Services, Inc., pursuant to Rules 69 and 30(b)(6), Fed. R. Civ. Proc., will take the deposition of the person or persons designated by Defendant, CCI Group, Inc. to testify on its behalf regarding the subjects set forth on Exhibit A, attached hereto, on the 31st day of January, 2007 at 11:00 a .m., before a notary public of the State of Rhode Island or some other duly qualified person.

The deposition will continue thereafter from day to day. The deposition will take place at the offices of Michaelson & Michaelson, 7454 Post Road, North Kingstown, R.I. 02852

You are invited to attend and cross-examine.

Independent Financial Services, Inc.
by its attorney,

Date: January 3, 2007

/s/Jeffrey S. Michaelson
Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

**EXHIBIT A**

1. The location, nature and value of any and all assets owned, directly or indirectly, by CCI Group, Inc.

2. The location, nature and value of any and all assets owned, directly or indirectly, by any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd.

3. The existence of, nature of, and value/amount of any lien, mortgage, security interest or other encumbrance upon any such asset as set forth in Paragraphs 1 and 2.

4. The names, addresses, telephone numbers of any and all creditors for CCI Group, Inc., including the nature of the debt or obligation, the amount, and a description of any security interest associated with such debt.

5. The names, addresses, telephone numbers of any and all creditors for any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd., including the nature of the debt or obligation, the amount, and a description of any security interest associated with such debt.

6. A full listing of any all receivables of CCI Group, Inc., including the name and address of the person or entity owing such receivable, the nature of the debt and the amount of the debt.

7. A full listing of any all receivables of any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd., including the name and address of the person or entity owing such receivable, the nature of the debt and the amount of the debt.

8. A complete listing of any and all payments made by or on behalf of CCI Group, Inc. and any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd. has made during the last three years (general ledger).

9. All payments in the past five years to Mark Casolo, Fred Jackson, Westrock Advisors, McGinn Smith, any director or officer of CCI Group, Inc. or any individual or entity owning more than 5% of the issued and outstanding stock of CCI (at the time of the payment) or any other person who was or may be considered an insider or to whom payments was or might be considered to be a preference under any securities or bankruptcy law.

10. All bank or other accounts containing funds in which CCI Group, Inc. and any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd. have any interest, the location of such funds and the amounts in such accounts as of the latest date available.

11. Any property or asset not covered in the preceding paragraphs in which CCI Group, Inc.

and any company or entity in which CCI Group, Inc. has any ownership interest, including, but not limited to Beach Properties Barbuda, Ltd., including a general description of the property and the location thereof and, if applicable, any interest thereon in favor of any person or entity other than CCI Group, Inc.

## CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing document was mailed, by regular mail, postage prepaid, on this 3 day of January, 2007, to the following attorney(s) of record:

Fred W. Jackson, President
CCI Group, Inc.
8 Sayers Path
P.O. Box 528
Wainscott, NY 11975-0528

Dennis J. Roberts II
40 Westminster Street, Ste. 305
Providence, R.I. 02903-2525

Julian D. Jensen, Registered Agent
CCI Group, Inc.
311 State Street, Suit 380
Salt Lake City, Utah 84111

/s/Jeffrey S. Michaelson