UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., Plaintiff, | : | |
| v. | : | CA 04-378 L |
| CCI GROUP, INC., Defendant. | : | |

**SHOW CAUSE ORDER**

Defendant CCI Group, Inc. ("Defendant"), is hereby ordered to appear on **March 16, 2007, at 10:00 a.m.** and show cause why this Court should not impose sanctions for Defendant's failure to cooperate in post-judgment discovery in aid of execution.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
February 28, 2007

BY ORDER:

Deputy Clerk