UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDEPENDENT FINANCIAL SERVICES INC., )
Plaintiff, )
v. ) C.A. No. 04-378-L
CCI Group, Inc., )
Defendant. )

ORDER

This matter came before the Court for hearing on March 16, 2007 on Plaintiff's Motion to Impose Sanctions for Failure to Cooperate in Post-Judgment Discovery in Aid of Execution, pursuant to the Court's February 28, 2007 Show Cause Order which ordered CCI Group, Inc. to appear on March 16, 2007 "and show cause why this Court should not impose sanctions for Defendant's failure to cooperate in post-judgment discovery in aid of execution."

After hearing, the Court finds and orders as follows:

1. Defendant has not shown cause why the Court should not impose sanctions.

2. The Court grants Plaintiff's Motion to Impose Sanctions for Failure to Cooperate in Post-Judgment Discovery in Aid of Execution.

3. A penalty of Five Hundred Dollars ($500.00) per day shall be imposed upon Defendant from and after the date of this Order for each day that Defendant does not fully comply with Plaintiff's post-judgment discovery, *to wit*, Plaintiff's First Request for Production of Documents in Aid of Judgment, served November 10, 2006 and Plaintiff's Notice of Deposition, served January 3, 2007.

4. The penalty set forth in Paragraph 3 shall be vacated if, prior to the close of business on April 6, 2007, Defendant fully complies with Plaintiff's post-judgment discovery, including Plaintiff's First Request for Production of Documents in Aid of Judgment, served November 10, 2006 and Plaintiff's Notice of Deposition, served January 3, 2007, such deposition to take place at a time convenient to Plaintiff's counsel.

ENTER: David L. Martin U.S.M.J. BY ORDER: [signature]

Presented by,

/s/ Jeffrey S. Michaelson

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(fax)295-5220

Dated: March 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be served, by first class mail, upon the following persons this 16 day of March, 2007.

Kenneth N. Miller, Esq.
1140 Avenue of the Americas
Ste. 1800
New York, NY 10036

Fred W. Jackson, Pres
CCI Group, Inc.

8 Sayers Path
P.O. Box 528
Wainscott, NY 11975-0528

Julian D. Jensen
Registered Agent
CCI Group, Inc.
311 State Street, Ste. 380
Salt Lake City, UT 84111

Dennis J. Roberts II, Esq.
40 Westminster Street, Ste. 305
Providence, R.I. 02903

/s/Jeffrey S. Michaelson