UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INDEPENDENT FINANCIAL SERVICES, INC.,
Plaintiff,

v. CA 04-378 L

CCI GROUP, INC.,
Defendant.

**ORDER**

Paragraph 3 of this Court's Order of March 16, 2007, is hereby vacated based on the letter of Plaintiff's counsel dated April 18, 2007, stating that Defendant has complied with Plaintiff's post-judgment discovery requests, see Letter from Michaelson to Martin, M.J., of 4/18/07 at 1.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 20, 2007